

# NUMBER 13-21-00262-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

ARAN & FRANKLIN ENGINEERING, INC.,                                    Appellant,

v.

CHRIS ZODY D/B/A NEW MILLENIUM
CONSTRUCTION GROUP,                                                  Appellee.

## On appeal from the 36th District Court
## of Aransas County, Texas.

# ORDER

### Before Justices Longoria, Hinojosa, and Tijerina
### Order Per Curiam

Appellant Aran & Franklin Engineering, Inc. has filed an emergency motion to stay in the above-referenced cause through which it requests that we stay the trial of this matter and all underlying proceedings pending the resolution of its interlocutory appeal

under Texas Civil Practice and Remedies Code § 150.002. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 150.002(f). Appellee, Chris Zody d/b/a New Millennium Construction Group, filed a response to appellant's emergency motion, and appellant filed a reply thereto. Hidden Oaks Association, Inc. has also filed a response to appellant's emergency motion to stay.

The Court, having examined and fully considered appellant's motion and the responses thereto, is of the opinion that appellant's emergency motion to stay should be granted. Accordingly, we grant appellant's emergency motion to stay proceedings and we order all trial court proceedings to be stayed pending further order of this Court.

PER CURIAM

Delivered and filed on the
31st day of August, 2021.